# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **SYLVIA DENISE GOODRUM,** | : |
| Petitioner | : |
| v. | :    **5:03-CR-21 (WDO)** |
| | :    **5:07-CV-90013 (WDO)** |
| **UNITED STATES OF AMERICA,** | : |
| Respondent | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 43) to dismiss Petitioner's motion to correct her sentence (Doc. 41) as time barred. Petitioner objects to her motion being characterized as a 28 U.S.C. § 2255 motion (Doc. 44). However, Petitioner's motion to correct her sentence was properly analyzed as a § 2255 because she seeks to amend her sentence arguing that the sentence imposed was based on facts not proven by the government. Plaintiff filed the motion more than three years after her conviction and sentence became final. Because her motion was not filed within the statutory one-year period of limitations, the Recommendation (Doc. 43) is ADOPTED and Petitioner's motion to correct her sentence (Doc. 41) is DISMISSED AS TIME BARRED.

SO ORDERED this 20th day of September, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**

cf