IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SYLVIA DENISE GOODRUM, | : |
| Petitioner, | : |
| v. | : Case No.: 5:03-CR-21 |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 53), which recommends dismissing Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under § 2255 (Doc. 51). The R&R recommends dismissal on the ground that Petitioner's § 2255 Motion is a second or successive petition, and therefore, the Court lacks jurisdiction to consider it absent an order from the court of appeals authorizing the Court to consider a second petition. As this Court explained in an Order (Doc. 50) entered on April 2, 2008, Petitioner never filed a first § 2255 petition. As a result, the R&R is rejected, and this matter is remanded to the Magistrate Judge for further proceedings not inconsistent with this Order.

**SO ORDERED**, this the 22nd day of August, 2008

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

1