IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **SYLVIA DENISE GOODRUM,** | : |
| Petitioner, | : |
| v. | : Case No. 5:03-CR-21 |
| | : 28 U.S.C. § 2255 |
| **UNITED STATES OF AMERICA,** | : Case No. 5:08-CV-90017 |
| Respondent. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 61) on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 51). The R&R recommends denying the Motion on the ground that is time barred by the AEDPA's one year statute of limitations. See 28 U.S.C. § 2255(f). Petitioner has filed a timely Objection (Doc. 62). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection and has made a de novo determination of the portion of the R&R to which Petitioner objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 9th day of December, 2008

*s/   Hugh Lawson*
**HUGH LAWSON, Judge**

dhc